# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION 09-0703-WS-C ) |
| LONGCRIER HOMES, INC., *et al.*, | ) ) |
| Defendants. | ) |

## CONSENT JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is hereby **entered** in favor of plaintiff, Wachovia Bank, National Association, and against the defendants, Longcrier Homes, Inc., Adrian J. Longcrier, and Russell Judkins, jointly and severally, in the amount of **$315,000.00**. The parties are to bear their own costs.

DONE and ORDERED this 19th day of May, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE